**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS APPRENTICESHIP**
**AND TRAINING FUND, and**
**KENT MILLER (in his capacity as Trustee),**

**WISCONSIN LABORERS-EMPLOYERS**
**COOPERATION AND EDUCATION TRUST FUND,**

**BUILDING TRADES UNITED PENSION TRUST FUND, and**
**WILLIAM BONLENDER (in his capacity as Trustee),**

       **Plaintiffs,**

  **v.**                                       **Case No.  25-cv-597**

**SOPINSKI TRENCHING & EXCAVATING, LLC,**

       **Defendant.**

---

**JOINT MOTION FOR EXTENSION OF TIME FOR**
**PARTIES TO FILE DISPOSITIVE MOTIONS**

---

NOW COME Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby agree and move as follows:

WHEREAS, this Honorable Court entered a Preliminary Pretrial Conference Order on October 10, 2025, setting a dispositive motion deadline for May 29, 2026 (Docket No. 10);

WHEREAS, the parties have discussed potential settlement in this matter.

WHEREAS, the parties are hopeful that they will be able to resolve this case but require additional time to get there.

NOW, THEREFORE, it is hereby agreed to and moved by and between counsel for the respective parties that pursuant to Fed. R. Civ. P. 6(b), to permit the parties to attempt to resolve the lawsuit, the deadline for the parties to file dispositive motions is extended to June 26, 2026. The parties respectfully request that the Court issue an order granting this joint motion.

Dated: May 28, 2026

Respectfully submitted,

/s/ Alex J. Sterling – (WISBN #1107931)
THE PREVIANT LAW FIRM, S.C.
310 W Wisconsin Avenue, Suite 100 MW
Milwaukee, WI 53203
(414) 271-4500
ajs@previant.com

*Counsel for Plaintiffs Wisconsin Laborers Health Fund, Wisconsin Laborers Apprenticeship and Training Fund, Kent Miller (in his capacity as Trustee), Wisconsin Laborers-Employers Cooperation And Education Trust Fund, Building Trades United Pension Trust Fund, and William Bonlender (in his capacity as Trustee)*

/s/Todd A. Miller – (ILBN #6216561)
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4325
tam@alloccomiller.com

*Counsel for Defendant Sopinski Trenching & Excavating, LLC*