**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS APPRENTICESHIP**
**AND TRAINING FUND, and**
**KENT MILLER (in his capacity as Trustee),**

**WISCONSIN LABORERS-EMPLOYERS**
**COOPERATION AND EDUCATION TRUST FUND,**

**BUILDING TRADES UNITED PENSION**
**TRUST FUND and WILLIAM BONLENDER**
**(in his capacity as Trustee),**

**Plaintiffs,**

**v.**

**Case No. 25-cv-597**

**SOPINSKI TRENCHING & EXCAVATING, LLC,**

**Defendant.**

---

## NOTICE OF VOLUNTARY DISMISSAL

---

Based upon the stipulated settlement by the parties, Plaintiffs hereby voluntarily dismiss the above-entitled action without prejudice pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P.

Dated this 28th day of August, 2026.

/s/ Alex J. Sterling

Alex J. Sterling (SBN 1043237)
The Previant Law Firm, S.C.
310 W. Wisconsin Ave., Suite 100MW
Milwaukee, WI 53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: ajs@previant.com

Attorney for Plaintiffs